# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAJUWON HANSSEBASTIEN LABEYRIE,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARYAM M. MUJALI,<br><br>           Defendant. | 1:16-cv-00395-DAD-BAM<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff Olajuwon Hanssebastien Labeyrie ("Plaintiff"), proceeding pro se, filed this civil rights action on March 24, 2016. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **March 25, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1