UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAJUWON HANSSEBASTIEN LABEYRIE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARYAM M. MUJALI,<br><br>        Defendant. | No.  1:16-cv-00395-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF THIS ACTION FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. Nos. 4, 5) |

      Plaintiff Olajuwon Hanssebastien Labeyrie, proceeding *pro se* and *in forma pauperis*, initiated this civil action on March 24, 2016. (Doc. No. 1.) On April 22, 2016, the assigned magistrate judge dismissed the complaint and granted plaintiff thirty days within which to file an amended complaint. (Doc. No. 4, at 5.) The magistrate judge specifically warned that "[i]f plaintiff fails to file a first amended complaint in compliance with this order, this action will be dismissed for failure to obey a court order." (*Id.*) Nonetheless, plaintiff has failed to file an amended complaint despite the fact that well over thirty days have passed since that order.

      On June 6, 2016, the magistrate judge issued findings and recommendations recommending that the action be dismissed due to plaintiff's failure to comply with the court's April 22, 2016 order. (Doc. No. 5.) Those findings and recommendations were served on plaintiff, and contained notice that any objections were to be filed within fourteen (14) days after

1

service.  (*Id.*)  More than fourteen days have passed and no objections have been filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 6, 2016 (Doc. No. 5), are adopted in full;
2. This action is dismissed due to plaintiff's failure to comply with the court's order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 22, 2016**

_____
UNITED STATES DISTRICT JUDGE

2